ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA SCATURRO, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: tenesa.scaturro@akerman.com

*Attorneys for Carrington Mortgage Services, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CARRINGTON MORTGAGE SERVICES, LLC,<br><br>Plaintiff,<br>vs.<br><br>MONTECITO VILLAGE COMMUNITY ASSOCIATION; NEVADA ASSOCIATION SERVICES; PREMIER ONE HOLDINGS, INC.; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:16-cv-01780-JCM-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY TO PREMIER ONE HOLDINGS, INC. RESPONSE TO MOTION FOR SUMMARY JUDGMENT**<br><br>[FIRST REQUEST] |

Plaintiff Carrington Mortgage Services, LLC (**CMS**), Defendant Premier One Holdings, Inc. (**Premier**) and Defendant Montecito Village Community Association (**HOA**) stipulate as follows:

1. CMS filed its motion for summary judgment on May 18, 2017. [ECF No. 24]. HOA filed it response to CMS' motion on June 8, 2017 [ECF No. 29] and Premier filed its response to motion on June 8, 2017 [ECF No. 30]. CMS' reply is currently due on June 21, 2017.

2. The parties hereby stipulate and agree CMS shall have until July 7, 2017 to file its reply.

. . .

. . .

. . .

{42048111;1}

3. This is the first request for an extension of this deadline and is not made for purposes of undue delay.

DATED this 16th day of June, 2017.

| **AKERMAN LLP** | **ALVERSON TAYLOR MORTENSEN & SANDERS** |
|---|---|
| /s/ Tenesa S. Scaturro<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>TENESA SCATURRO, ESQ.<br>Nevada Bar No. 12488<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Carrington Mortgage Services, LLC* | /s/ David J. Rothenberg<br>KURT R. BONDS, ESQ.<br>Nevada Bar No. 6228<br>DAVID J. ROTHENBERG, ESQ.<br>Nevada Bar No. 13576<br>7401 W. Charleston Blvd<br>Las Vegas, NV 89117<br><br>*Attorneys for Montecito Village Community Association* |
| **MORRIS LAW CENTER**<br><br>/s/ Sarah A. Morris<br>SARAH A. MORRIS, ESQ.<br>Nevada Bar No. 8461<br>BRIAN A. MORRIS, ESQ.<br>Nevada Bar No. 11217<br>6085 W. Twain Avenue, Suite 201<br>Las Vegas, NV 89103<br><br>*Attorneys for Premier One Holdings, Inc.* | |

## ORDER

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED: June 22, 2017

{42048111;1}2