NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
TENESA S. POWELL, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:  (702) 634-5000
Facsimile:    (702) 380-8572
Email:  natalie.winslow@akerman.com
Email:  tenesa.powell@akerman.com

*Attorneys for Carrington Mortgage Services, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CARRINGTON MORTGAGE SERVICES, LLC,<br><br>                              Plaintiff,<br>vs.<br><br>MONTECITO VILLAGE COMMUNITY ASSOCIATION; NEVADA ASSOCIATION SERVICES; PREMIER ONE HOLDINGS, INC.; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>                              Defendants. | Case No. 2:16-cv-01780-JCM-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO MONTECITO VILLAGE COMMUNITY ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

    Plaintiff Carrington Mortgage Services, LLC (**Carrington**), and Montecito Village Community Association (**Montecito Village**), hereby stipulate and agree that BoNYM shall have an additional fourteen (14) days, up to and including **October 21, 2019**, to file its response to Montecito Village's motion for summary judgment, which is currently due on October 7, 2019, pursuant to ECF No. 55.  Montecito Village's motion for summary judgment was filed on September 16, 2019.

    This is the parties' first request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.  The extension is requested to allow counsel an opportunity to meaningfully respond to the arguments raised in the motion.

*Carrington Mortgage Services, LLC vs. Montecito Village Community Association*
*2:16-cv-01780-JCM-BNW*

DATED this 7th day of October, 2019.

| **AKERMAN LLP** | **ALVERSON, TAYLOR, MORTENSEN & SANDERS** |
|---|---|
| */s/Tenesa S. Powell*_____ | */s/Kurt R. Bonds*_____ |
| NATALIE L. WINSLOW, ESQ. | KURT R. BONDS, ESQ. |
| Nevada Bar No. 12125 | Nevada Bar No. 6228 |
| TENESA S. POWELL, ESQ. | 6605 Grand Montecito Parkway, Suite 200 |
| Nevada Bar No. 12488 | Las Vegas, NV 89149 |
| 1635 Village Center Circle, Suite 200 | |
| Las Vegas, NV 89134 | *Attorneys for Montecito Village Community Association* |
| *Attorneys for Carrington Mortgage Services, LLC* | |

## ORDER

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**

October 8, 2019
DATED: _____

50393076;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572